AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DYLAN HARRISON, JOHN SHEALY AND | ) | Case No.  12-8297-DLB |
| MICHAEL BRYANT, | ) | |
| | ) | |
| | ) | |

FILED by _____ D.C.

JUL 2 4 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 2010 to present _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 813 and 841(a)(1), and 18 USC 2;    21 USC 858;  and 21 USC 331(a), 352(a) and 333(a)(2) | The unlawful distribution of controlled substance analogues; Creating a substance risk of harm to human life while manufacturing a controlled substance analogue; and, With the intent to defraud and mislead, did introduce and cause the introduction into interstate commerce of misbranded drugs. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

ERIC GILBERT, DEA, TASK FORCE AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  7-24-12

_____
*Judge's signature*

City and state:  WEST PALM BEACH, FL

Dave Lee Brannan  USMJ
*Printed name and title*

AFFIDAVIT

I, Eric D. Gilbert, Task Force Officer of the Drug Enforcement Administration (DEA), United States Department of Justice, being duly sworn, depose and say:

1.      I am a Task Force Officer and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7). I am, therefore, an officer who is empowered to conduct criminal investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516.

2.      I have been employed as a Task Force Officer of the DEA since August 2011 and am currently assigned to the West Palm Beach, Florida, Resident Office.  In addition to my assignment as a Task Force Officer with DEA, I am also employed as a Detective with the Jupiter Police Department.  I have been a sworn police officer for approximately 14 years.

3.      The information contained in this affidavit includes that which is personally known by me as well as information which has been furnished to me by other federal and state law enforcement agents, as well as cooperating witnesses.   Because this affidavit is for a limited purpose, the undersigned has not attempted to include all information known to the undersigned regarding this investigation but only that considered necessary to establish probable cause to search the above premises.

4.      The Controlled Substances Act (CSA) was amended in 1986 by enactment of the Controlled Substance Analogue Enforcement Act.  This law provides for controlled substance analogues, to the extent that they are intended for human consumption, to be treated as Schedule I controlled substances for the purposes of criminal prosecution.

1

5.     The term "controlled substance analogue" means a substance which: (1) the chemical structure of which is substantially similar to the chemical structure of a controlled substance in schedule I or II;  (2) which has a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance in schedule I or II; or (3) with respect to a particular person, which such person represents or intends to have a stimulant, depressant, or hallucinogenic effect on the central nervous system that is substantially similar to or greater than the stimulant, depressant, or hallucinogenic effect on the central nervous system of a controlled substance in schedule I or II.  Title 21 United States Code 802(32)(A).

6.     Synthetic cannabinoids refers to chemical substances which mimic the physical and psychological effects of marijuana and are intended to be ingested in the human body, mainly through smoking.   For that reason, synthetic cannibinoids are commonly referred to as "synthetic marijuana."   Synthetic marijuana products are manufactured and packaged in clandestine labs throughout the United States and elsewhere and are frequently sold via the internet, and through "legitimate" establishments, such as convenience stores, gas stations, smoke shops, head shops and other retail outlets.   The substances are packaged and sold in various name brands, such as Mr. Nice Guy, Spice and K-2, among others.  The packaging often refers to the product as "incense" or "potpourri," and bears false labeling, stating that it is "not for human consumption."   In fact, as the manufacturers, distributors and purchasers of these products are well aware, the product is for no other purpose than human consumption.

2

7.      In January 2012, Agents from the West Palm Beach Resident Office of the DEA initiated an investigation into one Joel Lester, who was believed to be a distributor of synthetic cannabinoids in South Florida.   Products being distributed by Lester were examined by a DEA lab and found to contain analogues of a banned Schedule I controlled substance, that is, analogues of JWH-018 [1-pentyl-3-(1-naphthoyl) indole]. JWH-018 was placed on the temporary banned list and categorized as a Schedule I controlled substance by DEA  on March 1, 2011 [76 FR 11075] and the ban was later extended to August 29, 2012.   [21 CFR Part 1308].

8.      After initiating the investigation regarding Lester, agents utilized a DEA cooperating source to make contact with Lester and negotiate the purchase of multiple packs of various types, and flavors, of the synthetic cannabinoid products.   As a result, on March 30, 2012, agents executed federal search warrants on Lester's business, Nature and Health, located in Boca Raton, Florida, and seized thousands of packages of synthetic cannabinoid products and synthetic cathinones (commonly referred to as "Bath Salts"). A large majority of the synthetic cannabinoid products seized from Lester's business was packaged and sold under the name "Mr. Nice Guy".  Lester was arrested on violations of Title 21 U.S.C. 841(a)(1) (possessing with intent to distribute a controlled substance analogue).[1]

9.      Lester immediately agreed to cooperate with agents and arranged for a "controlled delivery" of "Mr. Nice Guy" for later that afternoon.  Lester told agents that he generally contacted one of the owners of the Mr. Nice Guy business, who he knew as "Dylan,"

---

[1]      In June 2012, Lester pled guilty to an information which charged him with conspiracy to possess with the intent to distribute synthetic cannabinoids, in violation of Title 21, United States Code, Section 846.

(later identified as DYLAN HARRISON) or a subject named "Mike" (later identified as MICHAEL BRYANT) [2]   According to Lester, Mike was an employee of the Mr. Nice Guy business, with whom he would deal in order to place orders and/or to arrange deliveries.   During a series of consensually recorded telephone calls and text messages with HARRISON and recorded telephone calls with BRYANT that afternoon, Lester made arrangements to meet with BRYANT to obtain additional quantities of "Mr. Nice Guy.   In one monitored telephone conversation, HARRISON expressed concern over reports that the police had conducted a raid on premises close to Lester's business. Nevertheless the meeting was not called off.  At approximately 6:18 PM surveillance agents observed an individual, later identified as BRYANT, meet with Lester in a parking lot near Lester's business and deliver three large black trash bags to him.   The trash bags contained approximately fifteen thousand packages of Mr. Nice Guy product, packaged in 1 oz bags.  Lester paid for the product with a check from his business in the amount of $71,250.00 (payment on the check was later stopped).   A representative sample of product seized, including "Relaxinol", "Mr. Nice Guy Herbal Blend," "Mr. Nice Guy Strawberry", and "Mr. Nice Guy Mango", was submitted to a DEA lab and found to contain UR -144 and 5-Fluoro-UR-144, which are analogues to JWH-018.  From information gathered from Lester, along with other information from other cooperating Sources of Information (SOI) (as discussed further, below), agents have learned that the synthetic cannabinoid sold under the name of "Mr. Nice Guy" is manufactured by a

_____

[2]   Lester also identified a photograph of JOHN SHEELEY, whom he stated was a partner of HARRISON in the synthetic marijuana business

company called Kratom Labs which is located in Palm Beach County, Florida.  The owners of Kratom Labs have been identified as Dylan HARRISON and John SHEALEY.

10.     A website for the business Mr. Nice Guy advertises that the "Mr. Nice Guy" products can be shipped to all 50 states.  In February 2012, DEA agents in Milwaukee, Wisconsin, were involved in their own investigation of Kratom Labs and had met with representatives of Mr. Nice Guy  in an undercover capacity at a trade show, called C.H.A.M.P.S, in Las Vegas, NV.  This trade show touts itself as the "premier business-to-business wholesale trade show for the counterculture industry including smoking accessories, 420 products, clothing, hand blown glass and many other specialty gift products."  Milwaukee agents recorded the representatives discussing product, and an undercover agent ordered product from him.  (The agent purportedly saw HARRISON and SHEALY at the show, but did not engage them in any significant conversation).  On or about February 28, 2012, packages were received from Mr. Nice Guy and samples were forwarded to a DEA lab.  The samples were determined to contain JWH-122, JWH-210 and AM-2201, all of which have been identified as analogues of JWH-018.

11.     The investigation to date indicates that the majority of chemicals (which are analogues of JWH-018)  used by Kratom Labs to manufacture the Mr. Nice Guy products are being imported from China. These chemicals have similar chemical structures to that of substances that have been listed as banned controlled substances, notably JWH-018. Information gathered by agents indicate that Kratom Labs and the Chinese manufactures of these analogues often will change the chemical composition of the analogues in an effort to avoid prosecution.

12.     Kratom Lab Inc. was incorporated in the State of Florida on January 4, 2010.

According to the Florida Secretary of State, Division of Corporations website, the initial

officers and directors were John Shealy and Dylan Harrison.  The business address was

listed as 729 Franklin Road, West Palm Beach, FL, and the registered agent was listed as

John Yeend, 1109 S. Congress Ave, West Palm Beach, FL  33406.   On November 12,

2010, a Dissolution of Corporation was filed by John Shealy, but on June 29, 2011,

Kratom Lab Inc was re- incorporated, with the sole officer/director listed as John Shealy,

at PO Box 7002 , West Palm Beach, FL.  The business address of Kratom Lab Inc was

listed as 351 N. Congress Ave, Suite 129, Boynton Beach, FL  33426. (This is believed to

be a commercial mail box facility).    On April 27, 2012, an annual report for the

corporation was filed, listing John Shealy as sole officer/director.

13.     Agents have learned that the process by which the "Mr. Nice Guy" products are

manufactured is not only crude, but highly volatile and dangerous.  According to

cooperating witnesses, the "Mr. Nice Guy" product consists of marshmallow leaf

(sometimes referred to an incense blend), acetone, and the analogue.  According to

witnesses, the marshmallow leaf is placed into an industrial sized cement mixer, which is

then sprayed with the powder analogue that has been diluted in acetone.  Due to the

strong odor and toxic fumes from the acetone and the analogue, Kratom Labs' employees

wear protective gear during the mixing process.  Prior to the use of protective gear,

employees were becoming ill from inhaling the fumes and chemicals.

    The May 21 Explosion

14.     On May 21, 2012, the West Palm Beach Fire Department and Police Department,

along with agents from the DEA, responded to an explosion in a warehouse bay located

6

at 5329 Georgia Avenue, West Palm Beach, FL, which was directly across the street from a residential community. Officials investigating the explosion found that the force of the blast and the resulting fire caused the roof to lift off of the supporting walls and caused it to nearly collapse. One of the large metal garage doors was blown approximately 75 feet from the warehouse and landed on the top of a nearby house.

15.    In conducting a search of the area and the warehouse bay, agents observed thousands of "Mr. Nice Guy" packages that had been blown from the warehouse. Inside the warehouse, agents observed approximately 7 industrial cement mixers and large quantities of the marshmallow leaf. A thorough search of the warehouse bay has not been completed due to the fact that the building has been deemed unsafe to enter.

16.    On or about May 31, agents were able to extract a quantity of plant material from the inside of a cement mixer that had blown partially out of the warehouse.    The substance was submitted to a DEA lab, and on June 29, 2012, a report was issued, finding that the substances included UR 144 and 5-fluoro-UR-144 (which are, as previously stated, analogues of JWH-018).

17.    Investigation has revealed that earlier in the day of the explosion, on May 21, Michael BRYANT had purchased approximately 5 gallons of acetone from a store located less than ½ mile from the warehouse where the explosion took place.    According to an employee of that store, previous purchases of acetone were made by two different subjects going back to January 2012. Two of the receipts bore the name DYLAN HARRISON.    According to the owner of the warehouse, an individual who identified himself as "John Smith" had rented the warehouse. The owner identified a photograph of SHEALY as "John Smith."

18.     In or about May 2012, Agents from the DEA and WPBPD interviewed a source of information, hereafter referred to as SOI-1.  SOI-1 was identified as a former associate of HARRISON and corroborated the fact that HARRISON, SHEALY and BRYANT were involved in the manufacturing and distribution of Mr. Nice Guy products.    SOI-1 further identified a warehouse at 1300 Florida Mango Road Suite #34, West Palm Beach, Florida, as a location where the Mr. Nice Guy products were being made.

19.     According to FP & L records, the registered customer for 2350 N. Military Trail, Suite 403, West Palm Beach, Florida, is a company called Florida Premier Distributors LLC. Through State of Florida records, that company is linked to Optimum MGMT Group LLC, and Optimum is linked to B2B Consultants Inc. SHEALEY is listed as the Officer/Director of B2B Consultants Inc.    Additionally, on the Florida Power and Light Co. account was listed an email address of jhnshea2@yahoo.com.  Subpoenaed information from Yahoo showed the email address belongs to Mr. John Shealey, with the email account having been created on October 25, 2006.


FURTHER, YOUR AFFIANT SAYETH NAUGHT.

Task Force Officer Eric Gilbert
Drug Enforcement Administration


Sworn to and subscribed to before me
this **24** day of July, 2012.


UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.**   12-8297-DLB

**UNITED STATES OF AMERICA**

**vs.**

**DYLAN HARRISON, JOHN SHEALY**
**AND MICHAEL BRYANT**

**Defendants.**
_____/

**CRIMINAL COVER SHEET**

1.    Did this matter originate from a matter pending in the Northern Region of the United States
      Attorney's Office prior to October 14, 2003?    _____ Yes    __x__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007?    _____ Yes    __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:    _____
       ROGER H. STEFIN
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 0287334
       500 Australian Avenue, Suite 400
       West Palm Beach, FL   33401
       TEL (561) 209-1055
       FAX (561)820-8777