**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  12-8297-DLB**

UNITED STATES OF AMERICA

Plaintiff,

v.

DYLAN HARRISON,

FILED by _____ D.C.

JUL 2 5 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Defendant.

_____

**ORDER ON INITIAL APPEARANCE**

AUSA  ROGER STEFIN          Language   ENGLISH

Agent   DEA                 Jail No.

The above-named defendant having been arrested on JULY 25, 2012   having appeared before the court for an initial appearance on                    JULY 25, 2012          and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on 7-30-12 BEFORE DUTY MAGISTRATE.

4. **ARRAIGNMENT** set for 8-8-12 @ 10 AM BEFORE DUTY MAGISTRATE

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____ COURT CARENER
   A **Detention hearing** pursuant to 18 U.S.C. Section 3142(f), is set for 10:00 AM on 7-30-12 BEFORE DUTY MAGISTRATE

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

• other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
prohibited by law.

___ d. Maintain or actively seek full time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___ j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____

On Warrant _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303
(2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon
notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and
revocation of release  and to various civil and criminal sanctions for any violation of those conditions.
These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has
been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at  West Palm Beach, Florida, this 25th   day of   JULY    , 2012.

_____

**DAVE LEE BRANNON**

**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney

Defendant

Counsel

U.S. Marshal

U.S. Probation & Pretrial Service