FILED by _____ D.C.

JUL 26 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA          CASE # 12-8297-DLB

VS

DYLAN JESSEE HARRISON             PRISONER # 00357-104

*************************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     WEST PALM BEACH     FT. PIERCE
*************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 07-25-12 @ 0650

2) LANGUAGE(S) SPOKEN: ENGLISH

3) OFFENSE(S) CHARGED: TITLE 21 USC 813 & 841(a)(1)

4) U.S. CITIZEN   [X] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: 05-05-81

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT
   [X] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: SDFL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES   [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: _____   DATE: _____

9) AGENCY: _____   PHONE: _____