# CRIMINAL COURT MINUTES

Page:

## U.S. Magistrate Judge William Matthewman

Courtroom Number # 2          Date: July 31, 2012          Time: 10:00 am

Defendant: DYLAN HARRISON (J)         J#: _____         Case #: 12-8297-DLB

AUSA: ROGER STEFIN ✓          Attorney: IAN GOLDSTEIN (~~TEMP~~) (RET)

Violation: 21: 846, 841(a)(1)          Agent: TFO – ERIC GILBERT - DEA   NEIL SCHUSTER (RET)

Proceeding: ~~STATUS REPORT~~ STATUS RE: COUNSEL AND DETENTION HRG          CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond: PTD (REQUESTED BY GOVT

Bond Set at: _____          Co-signed by: _____

FILED by ✓ D.C.
JUL 31 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

- ☐ All standard conditions
- ☐ Surrender and/or do not obtain passport/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ p.m. to _____ a.m., paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition: DEFENDANT PRESENT WITH COUNSEL. STATUS RE: COUNSEL NOTICE OF PERMANENT APPEARANCE FILED BY IAN GOLDSTEIN. STATUS RE: DETENTION HEARING. DEFENDANT STIPULATES TO PRETRIAL DETENTION. GOVERNMENT PROFFER. WRITTEN ORDER TO BE ISSUED

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 10:14:27          Time in Court: 10:14 – 10:21 (7 MINS)

Courtroom Deputy: Kenneth J. Zuniga