UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-8297-DLB

UNITED STATES OF AMERICA,

v.

DYLAN HARRISON,

        Defendant.

_____/

FILED by _____ D.C.
JUL 31 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PRETRIAL DETENTION ORDER

The Defendant, DYLAN HARRISON, came before the Court on July 31, 2012, and defense counsel stated that Defendant wished to waive his right to have a pretrial detention hearing at this time. Defendant is charged by Criminal Complaint with unlawful distribution of controlled substance analogues in violation of 21 U.S.C. § 841(a)(1); creating a substance risk of harm to human life while manufacturing a controlled substance analogue in violation of 21 U.S.C. § 858; and intent to defraud and mislead, introduce and cause the introduction into interstate commerce of misbranded drugs in violation of 21 U.S.C. § 331(a). [DE 3]. If convicted, Defendant faces up to twenty years of prison for the first charge, up to ten years of prison for the second charge, and up to three years of prison for the third charge.

The Court takes judicial notice of the information in the Criminal Complaint and Pretrial Services Report. Defendant plead guilty to carrying a concealed firearm in 2010 and was sentenced to eighteen months of probation, which probation was terminated early.

Defendant stipulates to pretrial detention at this time without prejudice to later renew a

1

motion for hearing with respect to the issue of detention. The government agrees with this stipulation. The Court therefore orders pre-trial detention at this time with the understanding that Defendant may move for a full detention hearing at a subsequent date. Based on the information in the Criminal Complaint and the Defendant's agreement,

IT IS HEREBY ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. This Court also directs that Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 31st day of July, 2012.

William Matthewman
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE