# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DYLAN HARRISON | ) | Case No. 12-8297-DLB |
| | ) | |
| Defendant | ) | |

FILED by ___ D.C.
AUG 1 6 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

2012 JUL 24 PM 1:38

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DYLAN HARRISON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The unlawful distribution of controlled substance analogues, in violation of Title 21, United States Code, Sections 813 and 841(a)(1), and Title 18 United States Code, Section 2;   Unlawfully, while manufacturing a controlled substance analogue, did create a substance risk of harm to human life, in violation of Title 21, United States Code, Section 858;  and, with the intent to defraud and mislead, did introduce and cause the introduction into interstate commerce of misbranded drugs, in violation of Title 21, United States Code, Sections 331(a), 352(a) and 333(a)(2), and Title 18, United States Code, Section 2.

Date: 7-24-12

*Issuing officer's signature*

City and state: West Palm Beach, FL

Dave Lee Brannon  USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 7-24-2012, and the person was arrested on *(date)* 7-25-2012
at *(city and state)* Boynton Beach, FL   by DEA.

Date: 7-25-2012

*Arresting officer's signature*

SA David Weeks
*Printed name and title*

8946495    1204 0724 4605-Z