UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8297-DLB

UNITED STATES OF AMERICA,

    Plaintiff,

vs

DYLAN HARRISON,

    Defendant.

_____/

## AMENDED UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

COMES NOW the Defendant, DYLAN HARRISON, by and through his undersigned counsel, who would hereby move this Honorable Court to continue the currently scheduled arraignment date in the above captioned cause, and in support thereof would show as follows:

1. DYLAN HARRISON has been charged by Criminal Complaint in the above captioned cause with unlawful distribution of controlled substance analogues, creating a substance with risk of harm to human life while manufacturing a controlled substance analogue, and misbranding of drugs with intent to defraud and mislead.

2. Arraignment in this matter is currently scheduled for September 24, 2012.

3. This matter presents a number of novel issues and the parties are in the process of discussing their legal implications. Therefore, Mr. HARRISON moves to continue the arraignment period for an additional thirty (30) days to allow for the parties to meet and discuss these issues.

4. The undersigned counsel has discussed this matter with Assistant United

GOLDSTEIN & JETTE, P.A. – NORTHBRIDGE CENTRE – 515 N. FLAGLER DR., SUITE 910 – WEST PALM BEACH, FLORIDA 33401 – TEL: (561) 659-0202

States Attorney Roger Stefin, who does not oppose the requested continuance.

5. The undersigned would submit that the interest of justice would be served by postponing the currently scheduled hearing.

6. Mr. HARRISON hereby waives his right to a Speedy Trial in this matter and agrees that this time is excludable.

WHEREFORE, based upon the foregoing, defendant would respectfully request that this Honorable Court continue the arraignment date in this matter for a period of thirty (30) days.

## CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that this Motion has been electronically filed and served on all parties via CM/ECF on the 19th day of September, 2012.

>GOLDSTEIN & JETTE,  P.A.
>Attorneys for Defendant Dylan Harrison
>Northbridge Centre
>515 N. Flagler Dr., Ste. 910
>West Palm Beach, Florida 33401
>Tel: (561) 659-0202
>Email: ijg@goldsteinjette.com
>
>    */s/ Ian J. Goldstein*
>IAN J. GOLDSTEIN, ESQUIRE
>Florida Bar Number 0085219

2

GOLDSTEIN & JETTE, P.A. – NORTHBRIDGE CENTRE – 515 N. FLAGLER DR., SUITE 910 – WEST PALM BEACH, FLORIDA 33401 – TEL: (561) 659-0202