UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-MJ-08297-DLB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DYLAN HARRISON,

    Defendant.
_____/

## NOTICE TO PARTIES

This matter comes before the Court *sua sponte*. On Saturday, October 27, 2012, the chambers of the undersigned received a voice message from a non-party individual who made certain allegations against Defendant Dylan Harrison. The Court has directed the assigned United States Pretrial Services Officer to investigate the matter and take appropriate action, if any is deemed necessary.

**DONE** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida this **29th** day of October, 2012.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE