

**Click Here For Great Lease & Finance Offers**
**South Florida Honda Dealers**

 James Bond stars then and now | 76° Miami Broken Clouds — Click for More JustWeather.com | ● Site ○ Web — Search — **GO** | SPONSORED BY

Home   **News**   Weather & Traffic   Sports   Vote 2012   Entertainment   Restaurant Inspections   That's Life   Contests   Local

More Local News   U.S./World   Video   Voices   Money   Slideshows   Education   Blogs   Mugshots   Crime Specialist   Sex Offenders

Home › News

# Bath salts "kingpin" facing 33 years / WPLG 10

Published On: Aug 01 2012 11:43:50 PM EDT|Updated On: Aug 02 2012 12:21:54 AM EDT

Print   Email   Send   Recommend   13   0   **Tweet**   1

**Severe Weather**

JustWeather.com Alert: 2 Rip Current Statements in your area.

*Dear Judge Mattewman please Google*

ADVERTISEMENT

Last week, federal agents conducted a national crackdown on synthetic drugs called "spice" or "bath salts." One of the biggest raids was in South Florida.

**Most Popular on Local10**

| **Articles** | Slideshows | Videos |
|---|---|---|

- Families reconcile following plea deal
- Cops: Teacher admits to possessing child pornography
- Wolf sanctuary faces extinction
- Mom sentenced in son's stabbing death
- Judge denies West's ballot motion
- Miami International Auto Show opens

View More

ADVERTISEMENT

**Latest News Videos**

  

Saturday Weather | George Benson offers advice to young artists | BSO: Video shows bus aide choking autistic boy

**Latest Sports Videos**

   

Tiger, Rory McIlroy on their relationship | Double amputee trains for triathlon | Bowling brings students together | Williams sisters show off their moves

**Latest Entertainment Videos**

George Wolff
6411 Belfry Rd
Lake Worth Fl
33466



U.S. POSTAGE
PAID
LAKE WORTH, FL
33460
NOV 13, 12
AMOUNT

$5.75
0008950 7-05

UNITED STATES
POSTAL SERVICE

7010 2780 0001 6290 4207

1000

33401



RETURN RECEIPT
REQUESTED

33401835113

Chambers of U.S. Magistrate Judge William Matthewman
401 N. Clematis Street Room 327
West Palm Beach FL 33401

